IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| DOROTHY DODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV216 |
| | ) | |
| AUTOMOBILE INSURANCE COMPANY OF HARTFORD, d/b/a TRAVELERS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| MURIEL DANTZLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV217 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JO TREADWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV218 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |

**Defendant.** )
_____ )

**THIS MATTER** is before the Court on the parties' various motions in limine.

Upon review of the motions,

**IT IS, THEREFORE, ORDERED** that all motions in limine are hereby **DENIED WITHOUT PREJUDICE** to renewal at such time as the evidentiary disputes arise during the trial.

Signed: February 12, 2007

Lacy H. Thornburg
United States District Judge