# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:05CV216

| | |
|---|---|
| DOROTHY DODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY OF HARTFORD, ) | |
| d/b/a TRAVELERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the objections of Defendant Automobile Insurance Company of Hartford to Plaintiff's List of Exhibits and Witnesses.

A ruling on the Defendant's objections will be deferred until the trial of this case.

**IT IS SO ORDERED**.

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge