## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| DOROTHY DODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV216 |
| | ) | |
| AUTOMOBILE INSURANCE COMPANY OF HARTFORD, d/b/a TRAVELERS, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| MURIEL DANTZLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV217 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JO TREADWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Civil No. 2:05CV218 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## J U D G M E N T

**THESE MATTERS** came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict that each Plaintiff had a homeowner's policy issued by the respective Defendants in effect on the night of September 16, 2004, that each Plaintiff's dwelling suffered physical loss and/or property damage, and that the sole proximate cause of each Plaintiff's damage was Earth Movement, a cause specifically excluded from coverage by the respective Defendant insurance companies' policies.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs take nothing, that the actions be dismissed on the merits, and that the Defendants recover from the respective Plaintiffs their costs of these actions.

Signed: March 7, 2007

Lacy H. Thornburg
United States District Judge